UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW FREE,<br><br>            Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>            Defendant. | Case No. 3:25-cv-00392 |

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on November 12, 2025, copies of the Summons and Complaint, together with any exhibits, were served in accordance with Rule 4(i) of the Federal Rules of Civil Procedure via USPS certified mail upon the following (electronic tracking receipts attached):

    ICE – Office of Principal Legal Advisor
    500 12th St. SW Stop 5900
    Washington DC 20536

    U.S. Attorney, Western District of Pennsylvania
    319 Washington St, STE 200
    Penn Traffic Building
    Johnstown PA 15901

    Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

Dated: November 12, 2025        By: /s/ Daniel Melo

                                          Daniel Melo
                                          The Melo Law Firm
                                          NC Bar # 48654
                                          2920 Forestville Road, Ste 100

        PMB 1192
        Raleigh, NC 27616
        Tel: (919) 348-9213
        dan@themelolawfirm.com
        *Pro Bono Counsel For Plaintiff*

## Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**USPS CERTIFIED MAIL**

9402 6118 9876 5471 3263 71

ICE - Office of Principal Legal Advisor
500 12TH ST SW STOP 5900
WASHINGTON DC 20536-5900

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Nov 06 2025
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial



063S0011485628

| | |
|---|---|
| Reference | Free WDPA |
| USPS # | 9402611898765471326371 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 1:23 pm on November 10, 2025 in WASHINGTON, DC 20536. Your item was delivered to the front desk, reception area, or mail room at 1:23 pm on November 10, 2025 in WASHINGTON, DC 20536. |
| USPS History | Your item was delivered to the front desk, reception area, or mail room at 1:23 pm on November 10, 2025 in WASHINGTON, DC 20536. Redelivery Scheduled for Next Business Day, 11/10/2025, 1:09 pm, WASHINGTON, DC 20018 Arrived at Post Office, 11/10/2025, 5:55 am, WASHINGTON, DC 20018 Departed USPS Regional Facility, 11/10/2025, 2:36 am, WASHINGTON DC DISTRIBUTION CENTER Arrived at USPS Regional Destination Facility, 11/09/2025, 6:59 pm, WASHINGTON DC DISTRIBUTION CENTER Arrived at USPS Regional Facility, November 9, 2025, 3:37 pm, WASHINGTON DC DISTRIBUTION CENTER In Transit to Next Facility, 11/09/2025, 3:25 pm Departed USPS Regional Facility, 11/09/2025, 3:14 pm, WASHINGTON DC DISTRIBUTION CENTER Arrived at USPS Regional Facility, November 9, 2025, 11:29 am, WASHINGTON DC DISTRIBUTION CENTER In Transit to Next Facility, 11/09/2025, 9:07 am Departed USPS Regional Facility, 11/09/2025, 8:34 am, GREENSBORO |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 11/11/2025 (UTC)**

NC DISTRIBUTION CENTER
In Transit to Next Facility, 11/08/2025
Arrived at USPS Regional Origin Facility, 11/07/2025, 2:17 pm, GREENSBORO NC DISTRIBUTION CENTER
Accepted at USPS Origin Facility, November 7, 2025, 1:02 pm, RALEIGH, NC 27616
Shipping Label Created, USPS Awaiting Item, 11/06/2025, 10:22 am, RALEIGH, NC 27616

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 11/11/2025 (UTC)**

## Electronic Delivery Confirmation™



**USPS CERTIFIED MAIL**

The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**USPS CERTIFIED MAIL**

9402 6118 9876 5471 3273 78

United States Attorneys Office
319 WASHINGTON ST STE 200
- PENN TRAFFIC BUILDING
JOHNSTOWN PA 15901-1624

**US POSTAGE AND FEES PAID**
**PRIORITY MAIL IMI**
Nov 06 2025
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 4
11923275
Commercial



063S0010282490

| | |
|---|---|
| Reference | Free WDPA |
| USPS # | 9402611898765471327378 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:37 am on November 10, 2025 in JOHNSTOWN, PA 15901. Your item was delivered to the front desk, reception area, or mail room at 10:37 am on November 10, 2025 in JOHNSTOWN, PA 15901. |
| USPS History | Your item was delivered to the front desk, reception area, or mail room at 10:37 am on November 10, 2025 in JOHNSTOWN, PA 15901. Out for Delivery, 11/10/2025, 6:52 am, JOHNSTOWN, PA 15901 Arrived at Post Office, 11/10/2025, 6:41 am, JOHNSTOWN, PA 15901 Departed USPS Regional Facility, 11/10/2025, 5:59 am, JOHNSTOWN PA DISTRIBUTION CENTER Arrived at USPS Regional Facility, November 9, 2025, 3:25 am, JOHNSTOWN PA DISTRIBUTION CENTER Departed USPS Regional Facility, 11/09/2025, 1:20 am, PITTSBURGH PA DISTRIBUTION CENTER Arrived at USPS Regional Destination Facility, 11/08/2025, 8:09 pm, PITTSBURGH PA DISTRIBUTION CENTER In Transit to Next Facility, 11/08/2025 Arrived at USPS Regional Origin Facility, 11/07/2025, 10:28 am, GREENSBORO NC DISTRIBUTION CENTER Accepted at USPS Origin Facility, November 7, 2025, 9:13 am, RALEIGH, NC 27616 Shipping Label Created, USPS Awaiting Item, 11/06/2025, 10:20 am, |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 11/11/2025 (UTC)**

RALEIGH, NC 27616

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 11/11/2025 (UTC)**

## Electronic Delivery Confirmation™



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**USPS CERTIFIED MAIL**

9402 6118 9876 5471 3281 91

US DOJ
US Attorney General
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Nov 06 2025
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial



063S0010282490

| | |
|---|---|
| Reference | Free WDPA suit |
| USPS # | 9402611898765471328191 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at the post office at 4:50 am on November 12, 2025 in WASHINGTON, DC 20530. Your item was picked up at the post office at 4:50 am on November 12, 2025 in WASHINGTON, DC 20530. |
| USPS History | Your item was picked up at the post office at 4:50 am on November 12, 2025 in WASHINGTON, DC 20530.<br>Redelivery Scheduled for Next Business Day, 11/10/2025, 11:14 am, WASHINGTON, DC 20530<br>Arrived at Post Office, 11/10/2025, 9:41 am, WASHINGTON, DC 20018<br>Departed USPS Regional Facility, 11/10/2025, 2:36 am, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Destination Facility, 11/09/2025, 6:59 pm, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, November 9, 2025, 3:37 pm, WASHINGTON DC DISTRIBUTION CENTER<br>In Transit to Next Facility, 11/09/2025, 3:25 pm<br>Departed USPS Regional Facility, 11/09/2025, 3:14 pm, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, November 9, 2025, 11:29 am, WASHINGTON DC DISTRIBUTION CENTER<br>In Transit to Next Facility, 11/09/2025, 9:07 am<br>Departed USPS Regional Facility, 11/09/2025, 8:34 am, GREENSBORO NC DISTRIBUTION CENTER |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 11/12/2025 (UTC)**

In Transit to Next Facility, 11/08/2025
Arrived at USPS Regional Origin Facility, 11/07/2025, 10:45 am, GREENSBORO NC DISTRIBUTION CENTER
Accepted at USPS Origin Facility, November 7, 2025, 9:30 am, RALEIGH, NC 27616
Shipping Label Created, USPS Awaiting Item, 11/06/2025, 10:18 am, RALEIGH, NC 27616

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 11/12/2025 (UTC)**