UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW FREE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 25-392J |
| | ) | |
| v. | ) | JUDGE STEPAHNIE L. HAINES |
| | ) | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT | ) ) | *(Electronic Filing)* |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 6th day of February, 2026, upon consideration of Defendant U.S. Immigration and Customs Enforcement's Consent Motion to Waive ADR Requirement, IT IS HEREBY ORDERED that said Motion is GRANTED, that the early ADR requirement is hereby waived in this matter, and that the Parties need not submit the previously-ordered ADR Stipulation or participate in any early ADR.

_____
UNITED STATES DISTRICT JUDGE